UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Dale Stamper, et al. ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 07mj2683 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 72166208 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Juan Valderama-Ortiz - as to this case only
*do not release he is a dft
in 07mj2685 *

DATED: 11-21-07

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  Rita Rhine
      Deputy Clerk