

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Dale Stamper, et al. ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 07MJ2683 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/<u>Magistrate Judge</u>, Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Leonardo Buenrusto-Torres
aka: Leovardo Buenrusto-Torres

DATED: 11-28-07

RECEIVED _____
   DUSM

<u>Nita L. Stormes</u>
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
   Deputy Clerk